IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

NATHANIEL ISCHOMER, )
)
    Plaintiff, )
)
v. ) Case No. CIV-94-76-B
)
DONNA E. SHALALA, Secretary )
of Health and Human Services, )
)
    Defendant. )

### JUDGMENT

Pursuant to this Court's Order entered herein remanding this action to the Defendant under the fourth sentence of 42 U.S.C. § 405(g), the Court orders judgment entered for the Plaintiff and against the Defendant in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED this 28 day of February, 1995.

MICHAEL BURRAGE
UNITED STATES DISTRICT JUDGE

FILED
FEB 28 1995
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By: _____ Deputy Clerk